UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BLAS RAMOS BRAVO**,                                       Civil Case No. 3:11-CV-00894-KI

        Petitioner,

                                  JUDGMENT

               v.

**RICK COUSEY**,

        Respondent.

       Nell Brown
        Federal Public Defender's Office
        101 SW Main Street, Suite 1700
        Portland, Oregon  97204

              Attorney for Petitioner

        John R. Kroger
        Attorney General

Page 1 - JUDGMENT

Jacqueline Kamins
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

       Attorney for Respondent

KING, Judge:

       Based on the record,

       IT IS ORDERED AND ADJUDGED that petitioner's habeas corpus petition [2] is denied.  I dismiss this proceeding with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

       Dated this     7th     day of May, 2013.

                                                   /s/ Garr M. King
                                                   Garr M. King
                                                   United States District Judge