UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BLAS RAMOS BRAVO**,

Petitioner,

v.

**RICK COUSEY**,

Respondent.

Civil Case No. 3:11-CV-00894-KI

JUDGMENT

    Nell Brown
    Federal Public Defender's Office
    101 SW Main Street, Suite 1700
    Portland, Oregon  97204

        Attorney for Petitioner

    John R. Kroger
    Attorney General

Page 1 - JUDGMENT

Jacqueline Kamins
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

      Attorney for Respondent

KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that petitioner's habeas corpus petition [2] is denied.  I dismiss this proceeding with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

      Dated this      7th      day of May, 2013.

                                 /s/ Garr M. King
                                Garr M. King
                                United States District Judge